IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LAKEY L. DAVENPORT,<br>84 Galveston Street, SW, Apt. 201,<br>Washington, D.C. 20032,<br><br>    Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.,<br>11555 Dublin Canyon Road,<br>Pleasanton, CA 94588,<br><br>and<br><br>NAI SATURN EASTERN, LLC,<br>250 Park Center Boulevard,<br>Boise, ID 82706,<br><br>    __Defendants.__ | Case No. _____<br>Formerly Case No. 2020 CA 002168 B<br>Superior Court for the<br>District of Columbia |

## NOTICE OF REMOVAL

Defendants Safeway, Inc. and NAI Saturn Eastern, LLC (collectively, "Defendants"), by and through their undersigned attorneys, BONNER KIERNAN TREBACH & CROCIATA, LLP, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove the above-captioned matter to this Court. The grounds for removal are set forth below.

### Nature of Plaintiff's Claim

1.    On or about April 6, 2020, Plaintiff Lakey L. Davenport ("Plaintiff"), through counsel, filed the above action against Defendants in the Civil Division of the Superior Court for the District of Columbia, under Case No. 2020 CA 002168 B. In accordance with 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served in the Superior Court for the District of Columbia as of this date are attached hereto as **Exhibit A**.

2. The Complaint alleges that Plaintiff sustained injury after slipping and falling due to an object on the floor of the Safeway store located at 1855 Wisconsin Avenue, NW, Washington, D.C. 20007 (the "Store").

3. The Complaint asserts one count of Negligence against each Defendant.

### Procedural Posture

4. This action was initiated by Plaintiff on or about April 6, 2020.

5. Upon information and belief, Defendants were served through their resident agent in the District of Columbia via a process server on April 15, 2020.

6. The Notice of Removal of this case to the United States District Court is being timely filed by Defendants within thirty (30) days after service was purportedly effected on them on April 15, 2020 pursuant to 28 U.S.C. § 1446(b)(2)(B).

### Parties

7. Plaintiff alleges in Paragraph 1 of the Complaint that she is an individual residing in Washington, D.C. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Plaintiff is a citizen of Washington, D.C.

8. Defendant Safeway, Inc. is a Delaware corporation with its principal place of business in California. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Safeway is a citizen of Delaware and California.

9. Defendant NAI Saturn Eastern, LLC is a Delaware limited liability company with its principal place of business in Idaho. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, NAI Saturn Eastern, LLC is a citizen of Delaware and Idaho.

### Jurisdiction and Venue

10. This action is a civil action which falls under this Court's original jurisdiction

pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a), (b) and (c).

11. This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a). Section 1332(a) provides in pertinent part as follows:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between-
>
> (1) citizens of different States....

12. Plaintiff is a citizen of Washington, D.C.; Defendant Safeway, Inc. is a citizen of Delaware and California; and Defendant NAI Saturn Eastern, LLC is a citizen of Delaware and Idaho.

13. Plaintiff's Complaint seeks damages in excess of $75,000, exclusive of interest and costs.

14. Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446(a), this Court has original jurisdiction over this action because the amount in controversy exceeds $75,000.00 and because this action is between citizens of different states.

15. Venue is proper because this district embraces the jurisdiction in which Plaintiff initiated her lawsuit and the jurisdiction in which the alleged incident occurred.

16. All defendants consent to the removal of this case to the United States District Court for the District of Columbia.

17. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court for the District of Columbia, and served along with written notice on Plaintiff's counsel of record. A copy of the Notice to the Clerk of

Removal is attached hereto as **Exhibit B**.

18. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendants.

WHEREFORE, Defendants Safeway, Inc. and NAI Saturn Eastern, LLC hereby remove the above-captioned action, which is now pending in the Superior Court for the District of Columbia.

DATED this 8th day of May, 2020.

                                        Respectfully submitted,

                                        /s/ Justin M. Cuniff
                                        Justin M. Cuniff, Esq. # 499196
                                        Carlos A. Uria, Esq. #1033890
                                        Bonner Kiernan Trebach & Crociata, LLP
                                        One Park Place, Suite 425
                                        Annapolis, MD 21401
                                        Telephone: (443) 263-2800
                                        Facsimile: (443) 263-2935
                                        Email: jcuniff@bonnerkiernan.com
                                        Email: auria@bonnerkiernan.com
                                        *Counsel for Defendants Safeway, Inc. and*
                                        *NAI Saturn Eastern, LLC*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LAKEY L. DAVENPORT,** ) <br> 84 Galveston Street, SW, Apt. 201, ) <br> **Washington, D.C. 20032,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **SAFEWAY, INC.,** ) <br> 11555 Dublin Canyon Road, ) <br> Pleasanton, CA 94588, ) <br> ) <br> and ) <br> ) <br> **NAI SATURN EASTERN, LLC,** ) <br> 250 Park Center Boulevard, ) <br> Boise, ID 82706 ) <br> ) <br> **Defendants.** ) | Case No. _____ <br> Formerly Case No. 2020 CA 002168 B <br> Superior Court for the <br> District of Columbia |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of May, 2020, a copy of the foregoing *Notice of Removal* was served via first class mail upon:

Justin M. Beall, Esq.
Koonz, McKenney Johnson & DePaolis, L.L.P.
Willow Wood Plaza I
10300 Eaton Place, Suite 200
Fairfax, VA 22030
*Counsel for Plaintiff*

/s/ Justin M. Cuniff
Justin M. Cuniff, Esq. # 499196
Carlos A. Uria, Esq. #1033890
Bonner Kiernan Trebach & Crociata, LLP
One Park Place, Suite 425
Annapolis, MD 21401
Telephone: (443) 263-2800
Facsimile: (443) 263-2935
Email: jcuniff@bonnerkiernan.com
Email: auria@bonnerkiernan.com
*Counsel for Defendants Safeway, Inc.
and NAI Saturn Eastern, LLC*

5