Filed
D.C. Superior Court
04/06/2020 09:02AM
Clerk of the Court

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

Lakey L. Davenport

Case Number: 2020 CA 002168 B

vs

Date: 4/6/2020

Nai Saturn Eastern, LLC and Safeway Inc.

☐ One of the defendants is being sued
in their official capacity.

| Name: *(please print)*   Justin M. Beall | Relationship to Lawsuit |
|---|---|
| Firm Name:   Koonz, McKenney, Johnson, & DePaolis, LLP | ☑ Attorney for Plaintiff |
| Telephone No.:   703-218-4410   Six digit Unified Bar No.:   502394 | ☐ Self (Pro Se)<br>Other: _____ |

TYPE OF CASE:   ☐ Non-Jury       ☑ 6 Person Jury       ☐ 12 Person Jury
Demand:$450,000.00                   Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar #: _____

---

**NATURE OF SUIT:**   *(Check One Box Only)*

## A. CONTRACTS

| | | COLLECTION CASES |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 07 Personal Property | ☐ 14 Under $25,000 Pltf. Grants Consent |
| ☐ 02 Breach of Warranty | ☐ 09 Real Property-Real Estate | ☐ 16 Under $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 12 Specific Performance | ☐ 17 OVER $25,000 Pltf. Grants Consent |
| ☐ 15 _____ | | |

## B. PROPERTY TORTS

| | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | ☐ 06 Traffic Adjudication |
| ☐ 07 Shoplifting, D.C. Code § 27-102(a) | | |

## C. PERSONAL TORTS

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 09 Harassment | ☐ 17 Personal Injury – (Not Automobile, Not Malpractice) |
| ☐ 02 Alienation of Affection | ☐ 10 Invasion of Privacy | ☐ 18 Wrongful Death (Not malpractice) |
| ☐ 03 Assault and Battery | ☐ 11 Libel and Slander | ☐ 19 Wrongful Eviction |
| ☐ 04 Automobile-Personal Injury | ☐ 12 Malicious Interference | ☐ 20 Friendly Suit |
| ☐ 05 Deceit (Misrepresentation) | ☐ 13 Malicious Prosecution | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 14 Malpractice Legal | ☐ 22 Toxic/Mass Torts |
| ☐ 07 False Arrest | ☐ 15 Malpractice Medical *(including wrongful death)* | ☐ 23 Tobacco |
| ☐ 08 Fraud | ☑ 16 Negligence-(Not Automobile, Not Malpractice) | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/October 2010

## INFORMATION SHEET, Continued

| D. OTHERS | | |
|---|---|---|
| I. | | |
| ☐ 01 Accounting | ☐ 10 T.R.O./Injunction | ☐ 25 Liens: Tax/Water Consent Granted |
| ☐ 02 Att. Before Judgment | ☐ 11 Writ of Replevin | ☐ 26 Insurance/Subrogation |
| ☐ 04 Condemnation (Emin. Domain) | ☐ 12 Enforce Mechanics Lien | Under $25,000 Consent Denied |
| ☐ 05 Ejectment | ☐ 16 Declaratory Judgment | ☐ 27 Insurance/Subrogation |
| ☐ 07 Insurance/Subrogation | ☐ 17 Merit Personnel Act (OEA) | Over $25,000 |
| Under $25,000 Pltf. | (D.C. Code Title 1, Chapter 6) | ☐ 28 Motion to Confirm Arbitration |
| Grants Consent | ☐ 18 Product Liability | Award (Collection Cases Only) |
| ☐ 08 Quiet Title | ☐ 24 Application to Confirm, Modify, | ☐ 26 Merit Personnel Act (OHR) |
| ☐ 09 Special Writ/Warrants | Vacate Arbitration Award | ☐ 30 Liens: Tax/Water Consent Denied |
| DC Code § 11-941 | (D.C. Code § 16-4315) | |
| II. | | |
| ☐ 03 Change of Name | ☐ 15 Libel of Information | ☐ 21 Petition for Subpoena |
| ☐ 06 Foreign Judgment | ☐ 19 Enter Administrative Order as | [Rule 28-I (b)] |
| ☐ 13 Correction of Birth Certificate | Judgment [D.C. Code § | ☐ 22 Release Mechanics Lien |
| ☐ 14 Correction of Marriage | 2-1802.03(h) or 32-1519(a)] | ☐ 23 Rule 27 (a)(I) |
| Certificate | ☐ 20 Master Meter (D.C. Code § | (Perpetuate Testimony) |
| | 42-3301, et seq.) | |

For individuals not represented by an attorney: ( ) I acknowledge receipt of the Civil Actions Pro Se Handbook.

_JMBedll_
Signature

_4/6/2020_
Date

CV-496/October 2010

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

LAKEY L. DAVENPORT
84 Galveston Street, SW, Apt 201
Washington, DC 20032
        Plaintiff,

v.

NAI SATURN EASTERN, LLC
250 E. Parkcenter Blvd
Boise, Idaho 83706

Serve:  C T Corporation System
            1015 15th St NW, Suite 100
            Washington, DC 20005
And

SAFEWAY, INC.
11555 Dublin Canyon Rd.
Pleasanton, CA 94588.

Serve:  C T Corporation System
            1015 15th St NW, Suite 100
            Washington, DC 20005

        Defendants.

Case No.: _2020 CA 002168 B_

LAW OFFICES

KOONZ MCKENNEY

HINSON & DEPAOLIS  LLP
WILLOW WOOD PLAZA 1

3300 EATON PLACE  SUITE 200

FAIRFAX, VIRGINIA  22030

----------------

(703) 218-4410

## COMPLAINT

Plaintiff Lakey Davenport  ("Plaintiff") sues NAI Saturn Eastern, LLC ("Defendant NAI), and Safeway Inc.  ("Defendant Safeway"), and alleges:

### PARTIES

1.      Plaintiff is an adult resident of the District of Columbia living at the above-captioned address.

1

2.      Defendant NAI is, upon information, knowledge, and belief, a Delaware Corporation licensed and incorporated in the District of Columbia with its principal place of business located at the above captioned address.

3.      Defendant Safeway is, upon information, knowledge, and belief, a Delaware Corporation licensed and incorporated in the District of Columbia with its principal place of business located at the above captioned address.

## JURISDICTION

4.      Jurisdiction is proper under D.C. Code §§ 11-921 (1981), as amended, 13-423 (2012), as all incidents giving rise to this cause of action occurred in the District of Columbia.

## FACTS

5.      Plaintiff incorporates by reference the above paragraphs of the Complaint as if fully alleged herein.

6.      At all times relevant to this claim, Plaintiff was a business invitee on the premises of the Safeway store No. 2912 located, at 1855 Wisconsin Ave NW, Washington, DC 20007.

7.      At all times relevant to this claim, Defendants had control of and were responsible for the maintenance of the premises, including keeping the premises in a reasonably safe condition, of the Safeway store No. 2912, located at 1855 Wisconsin Ave NW, Washington, DC 20007.

8.      On or about February 2, 2018. Plaintiff was stocking shelves in the Safeway store No. 2912, located at 1855 Wisconsin Ave NW, Washington, DC 20007, when she slipped and fell on a shrimp located on the floor of the store at or near the seafood counter.

LAW OFFICES

KOONZ MCKENNEY

HNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1

3800 EATON PLACE, SUITE 200

FAIRFAX, VIRGINIA 22080

(703) 218-4410

2

9.    As a result of her fall, Plaintiff suffered significant injuries including but not limited to injuries to her back, right wrist, and neck  for which she received medical treatment and from which she continues to experience pain, suffering, and functional disability.

10.    Defendants knew or should have known of the unsafe condition of the floor at this location and knew or should have known of any slipping hazards on the floor of the Safeway store No. 2912, located at 1855 Wisconsin Ave NW, Washington, DC 20007, specifically including the shrimp on the floor which caused Plaintiff's fall.

11.    At all time relevant hereto, Plaintiff was acting free and clear of any and all contribution negligence.

## COUNT I
### (Negligence – Defendant NAI)

12.    Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully alleged herein, and further alleges that Defendant NAI owed her, as well as other invitees of the premises, a duty of reasonable care, including but not limited to, a duty to ensure the floor was free from slipping hazards or other dangers posed to invitees.

13.    Defendant breached its duty owed to Plaintiff by:

(a)    failure to properly inspect and maintain the floor which Defendant knew or should have known was dangerous;

(b)    failure to provide adequate warnings to Plaintiff that an unsafe condition existed on the floor;

(c)    otherwise failing to act with the reasonable care required of it under the circumstances.

LAW OFFICES
KOONZ MCKENNEY
HANSON & DePAOLIS  LLP
WILLOW WOOD PLAZA 1
13800 EATON PLACE  SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4416

3

14.    The foregoing breaches of duty by Defendant, through their agents, servants and/or employees, were the direct and proximate causes of injuries and damages to Plaintiff, which include, but are not limited to, severe and permanent physical injury and emotional distress.

15.    As a further direct and proximate result of these breaches of duty, Plaintiff has suffered and will continue to suffer monetary loss, medical expenses, and loss of wages and wage-earning capacity, as well as tremendous pain and suffering, and loss of enjoyment of life.

## COUNT II
### (Negligence – Defendant Safeway)

16.    Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully alleged herein, and further alleges that Defendant Safeway owed her, as well as other invitees of the premises, a duty of reasonable care, including but not limited to, a duty to ensure the floor was free from slipping hazards or other dangers posed to invitees.

17.    Defendant breached its duty owed to Plaintiff by:

    (d)    failure to properly inspect and maintain the floor which Defendant knew or should have known was dangerous;

    (e)    failure to provide adequate warnings to Plaintiff that an unsafe condition existed on the floor;

    (f)    otherwise failing to act with the reasonable care required of it under the circumstances.

18.    The foregoing breaches of duty by Defendant, through their agents, servants and/or employees, were the direct and proximate causes of injuries and damages to

LAW OFFICES

KOONZ McKENNEY

HINSON & DePAOLIS LLP
WILLOW WOOD PLAZA 1

3960 EATON PLACE, SUITE 200

FAIRFAX, VIRGINIA 22030

(703) 218-4410

Plaintiff, which include, but are not limited to, severe and permanent physical injury and emotional distress.

19.   As a further direct and proximate result of these breaches of duty, Plaintiff has suffered and will continue to suffer monetary loss, medical expenses, and loss of wages and wage-earning capacity, as well as tremendous pain and suffering, and loss of enjoyment of life.

WHEREFORE, in consideration of the above counts, Plaintiff demands judgment against Defendant NAI Saturn Eastern, LLC and Safeway Inc. jointly and severably in the full and just amount of Four Hundred and Fifty Thousand Dollars ($450,000.00), plus interest and costs, along with any other relief the Court deems just and proper.

Respectfully submitted,

KOONZ MCKENNEY JOHNSON &
DEPAOLIS L.L.P.

By:

Justin M. Beall Esq.
Willow Wood Plaza 1
10300 Eaton Place, Suite 200
Fairfax, VA 22030
(703) 218-4410
(703) 218-4411 (fax)
Jbeall@koonz.com
*Attorney for Plaintiff*

LAW OFFICES

KOONZ MCKENNEY

HNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1

10300 EATON PLACE, SUITE 200

FAIRFAX, VIRGINIA 22030

(703) 218-4410

## JURY DEMAND

Plaintiff respectfully requests a jury trial as to all issues alleged herein.

Justin M. Beall